**THE ROSEN LAW FIRM, P.A.**
LAURENCE M. ROSEN (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorney for Plaintiffs*

[Additional Counsel on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

KRISHNA MOVVA, derivatively on behalf of UNITY SOFTWARE INC.,

Plaintiff,

v.

JOHN S. RICCITIELLO, KIMBERLY JABAL, LUIS FELIPE VISOSO, ROELOF BOTHA, EGON DURBAN, DAVID HELGASON, ALYSSA HENRY, BARRY SCHULER, ROBYNNE SISCO, MARY SCHMIDT CAMPBELL, and KEISHA SMITH-JEREMIE,

Defendants,

And

UNITY SOFTWARE INC.,

Nominal Defendant.

Case No. 5:22-cv-07416-EJD

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONSOLIDATING RELATED ACTIONS, SETTING A SCHEDULE, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL**

***AS MODIFIED***

| | |
|---|---|
| TOM DUONG, derivatively on behalf of UNITY SOFTWARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN S. RICCITIELLO, KIMBERLY JABAL, LUIS FELIPE VISOSO, ROELOF BOTHA, EGON DURBAN, DAVID HELGASON, ALYSSA HENRY, BARRY SCHULER, ROBYNNE SISCO, MARY SCHMIDT CAMPBELL, and KEISHA SMITH-JEREMIE,<br><br>Defendants,<br><br>and<br><br>UNITY SOFTWARE INC.,<br><br>Nominal Defendant. | Case No. 5:22-cv-08926-EJD |

**WHEREAS**, on November 22, 2022, Plaintiff Krishna Movva ("Movva") filed a shareholder derivative action on behalf of nominal defendant Unity Software Inc. ("Unity" or the "Company") in this Court alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants John S. Riccitiello, Kimberly Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban, David Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary Schmidt Campbell, and Keisha Smith-Jeremie (the "Individual Defendants," and with Unity, "Defendants"), captioned *Movva v. Riccitiello, et al.*, Case No. 22-cv-07416 (N.D.Cal.) (the "*Movva* Action");

**WHEREAS**, on December 16, 2022, Plaintiff Tom Duong ("Duong") filed a shareholder derivative action on behalf of nominal defendant Unity in this Court alleging breaches of fiduciary duty and violations of Section 14(a) of the Exchange Act against the Individual Defendants, captioned *Duong v. Riccitiello, et al.*, Case No. 22-cv-08926 (N.D.Cal.) (the "*Duong* Action" and with the *Movva* Action, the "Derivative Actions");

**WHEREAS**, on December 23, 2022, Defendants filed an administrative motion to relate the *Movva* Action and the *Duong* Action to *Das v. Unity Software, Inc.*, Case No. 5:22-cv-03962-EJD, and the Court granted this motion on December 30, 2022;

**WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS**, Plaintiffs Movva and Duong ("Plaintiffs") and Defendants (collectively, the "Parties") in the Derivative Actions agree that the related Derivative Actions challenge substantially similar alleged conduct by the same Company directors and officers and involve many of the same questions of law and fact, and that the administration of justice would best be served by consolidating the Derivative Actions;

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and The Rosen Law Firm, P.A., the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated action;[1] and

**WHEREAS**, this stipulation is not a waiver of any of the Parties' rights, remedies, claims or defenses;

**IT IS ACCORDINGLY STIPULATED AND AGREED**, by and between the Parties, through their authorized attorneys, as follows:

1. Defendants hereby accept service of the complaints filed in the Derivative Actions.

2. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 5:22-cv-07416-EJD (the "Consolidated Action"):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Movva v. Riccitiello, et al.,* | 5:22-cv-07416 | 11/22/2022 |
| *Duong v. Riccitiello, et al.,* | 5:22-cv-08926 | 12/16/2022 |

3. Every pleading filed in the Consolidated Action, or in any separate action included

[1] Defendants take no position in the appointment of Co-Lead Counsel.

herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UNITY SOFTWARE INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | ~~Lead~~ Case No. 5:22-cv-07416-EJD<br>(Consolidated) |

4. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case 5:22-cv-07416-EJD.

5. Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

6. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will

be initiated or filed by any plaintiffs except through Co-Lead Counsel.

8. Defendants' counsel may rely upon all agreements made with counsel of record from either Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

9. This order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Unity Software Inc. Derivative Litigation*, Lead Case No. 5:22-cv-07416-EJD, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Unity Software Inc. Derivative Litigation*, Lead Case No. 5:22-cv-07416-EJD, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later substantially similar shareholder derivative actions filed in this Court, removed to this Court, reassigned to the Court, or transferred here from another court.

10. Within sixty (60) days of entry of this Order, the Parties shall submit to the Court a proposal regarding next steps in the Consolidated Action. Defendants are not required to answer or otherwise respond to the respective complaints filed in the Consolidated Action until the deadline set forth in the Court's order on the Parties' proposal.

11. This Order is without prejudice to any and all defenses Defendants may assert, except for sufficiency of service of process, in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

Dated: January 20, 2023

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorney for Plaintiffs and [Proposed] Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorney for Plaintiff Krishna Movva and [Proposed] Co-Lead Counsel*

Dated: January 20, 2023

**MORRISON & FOERSTER LLP**

*/s/ Christin Hill*

JORDAN ETH (SBN 121617)
JEth@mofo.com
CHRISTIN HILL (SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-1905
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants John S. Riccitiello, Kimberly Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban, David Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary Schmidt Campbell, and Keisha Smith-Jeremie and Nominal Defendant Unity Software Inc.*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all signatories have concurred in the filing of this document.

Dated: January 20, 2023

*/s/ Laurence M. Rosen*
Laurence M. Rosen

* * *

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. All Documents shall be filed in Case No. 22-cv-07416 EJD. The Clerk shall close Case No. 22-cv-08926.

Dated: February 10, 2023

By: ______________________
The Honorable Edward J. Davila
United States District Judge