1  JORDAN ETH (SBN 121617)
   JEth@mofo.com
2  CHRISTIN HILL (SBN 247522)
   CHill@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-1905
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  *Attorneys for Defendants John S. Riccitiello, Kimberly Jabal,
   Luis Felipe Visoso, Roelof Botha, Egon Durban, David*
7  *Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary
   Schmidt Campbell, and Keisha Smith-Jeremie and Nominal*
8  *Defendant Unity Software Inc.*

9  [Additional Counsel on Signature Page]

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 | IN RE UNITY SOFTWARE INC.       | Case No. 5:22-cv-07416-EJD
14 | DERIVATIVE LITIGATION           | (Consolidated)

15 |                                 | **STIPULATION AND [PROPOSED]**
   | This Document Relates to:       | **ORDER TO STAY DERIVATIVE**
16 |                                 | **ACTION**
17 | ALL ACTIONS                     |

**WHEREAS**, on November 22, 2022, Plaintiff Krishna Movva ("Movva") filed a shareholder derivative action on behalf of nominal defendant Unity Software Inc. ("Unity" or the "Company") in this Court alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants John S. Riccitiello, Kimberly Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban, David Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary Schmidt Campbell, and Keisha Smith-Jeremie (the "Individual Defendants," and with Unity, "Defendants"), captioned *Movva v. Riccitiello, et al.,* Case No. 22-cv-07416 (N.D. Cal.);

**WHEREAS**, on December 16, 2022, Plaintiff Tom Duong ("Duong") filed a shareholder derivative action on behalf of nominal defendant Unity in this Court alleging breaches of fiduciary duty and violations of Section 14(a) of the Exchange Act against the Individual Defendants, captioned *Duong v. Riccitiello, et al.,* Case No. 22-cv-08926 (N.D. Cal.);

**WHEREAS**, on February 10, 2023, the Court entered the Stipulation and Order Consolidating Related Actions, Setting a Schedule, Accepting Service and Appointing Co-Lead Counsel (Dkt. No. 22) (resulting in the "Consolidated Derivative Action");

**WHEREAS**, also pending in the United States District Court for the Northern District of California is a putative securities class action captioned *In re Unity Software Inc. Securities Litigation*, Case No. 5:22-cv-03962 (the "Securities Litigation");

**WHEREAS**, Plaintiffs Movva and Duong ("Plaintiffs") and Defendants (collectively, the "Parties") in the Consolidated Derivative Action agree that there is substantial overlap between the facts and circumstances alleged in the Consolidated Derivative Action and the Securities Litigation, including the relevance of many of the same documents and witnesses;

**WHEREAS**, Unity, John S. Riccitiello, and Luis Felipe Visoso, named defendants in the Derivative Actions, are also named as defendants in the Securities Litigation (the "Securities Litigation Defendants");

**WHEREAS**, certain of the relief requested in the Consolidated Derivative Action may be affected by the outcome of the Securities Litigation, and the outcome of the Securities Litigation

may inform the manner in which this case proceeds;

**WHEREAS**, given the circumstances of this case, in the interest of judicial efficiency, and to preserve the Parties' and the Court's resources, the Parties agree that it is appropriate to stay the Consolidated Derivative Action until the Court in the Securities Litigation rules on the motion to dismiss the amended complaint in the Securities Litigation.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their authorized attorneys, as follows:

1. All proceedings and deadlines in the Consolidated Derivative Action, including any obligation to answer, move against, or otherwise respond to any complaint filed in the Consolidated Derivative Action, are hereby stayed pending: (1) the Securities Litigation is dismissed, with prejudice, and all appeals related thereto have been exhausted; or (2) the motion to dismiss in the Securities Litigation is denied; or (3) the Parties to this Stipulation give a thirty (30) day written notice that they no longer consent to the stay of the Derivative Actions.

2. Defendants shall promptly notify Plaintiffs of any related derivative actions or threatened derivative actions (including Section 220 demands or litigation demands related to the subject matter in the Consolidated Derivative Action).

3. Defendants shall promptly notify Plaintiffs if a related derivative action is not stayed for a similar or longer duration.

4. In the event that a plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Plaintiffs may lift the agreed stay upon fourteen (14) days' notice in writing.

5. The Parties agree that notwithstanding this stay of the Consolidated Derivative Action, Plaintiffs may file a consolidated amended complaint, though Defendants shall be under no obligation to respond during the pendency of the stay.

6. The Case Management Conference scheduled for May 4, 2023, and the deadline to submit a Case Management Statement by April 21, 2023, are hereby vacated.

7. The Parties shall meet and confer and submit a proposed scheduling order within 14 days of the date that the stay is lifted.

8. This stipulation is without waiver or prejudice to any and all claims, defenses,

arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Consolidated Derivative Action.

Dated:       April 3, 2023             **MORRISON & FOERSTER LLP**

*/s/ Christin Hill*
JORDAN ETH (SBN 121617)
JEth@mofo.com
CHRISTIN HILL (SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-1905
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants John S. Riccitiello, Kimberly Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban, David Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary Schmidt Campbell, and Keisha Smith-Jeremie and Nominal Defendant Unity Software Inc.*

Dated:       April 3, 2023             **THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
LAURENCE M. ROSEN (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 4, 2023              By: _____
                                        Hon. Edward Davila
                                        United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all signatories have concurred in the filing of this document.

Dated:     April 3, 2023              */s/ Christin Hill*
                                      Christin Hill