1   JORDAN ETH (SBN 121617)
    JEth@mofo.com
2   CHRISTIN HILL (SBN 247522)
    CHill@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-1905
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   *Attorneys for Defendants John S. Riccitiello, Kimberly*
    *Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban,*
7   *David Helgason, Alyssa Henry, Barry Schuler,*
    *Robynne Sisco, Mary Schmidt Campbell, and Keisha*
8   *Smith-Jeremie and Nominal Defendant Unity Software*
    *Inc.*

9
    [Additional counsel on signature page.]
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15  In re UNITY SOFTWARE INC.              Case No.    5:22-cv-07416-EKL
    DERIVATIVE LITIGATION                  (Consolidated)
16                                         _____

17  This Document Relates to:              **JOINT CASE MANAGEMENT**
                                           **STATEMENT**
18           ALL ACTIONS
                                           Date:      N/A
19                                         Time:      N/A
                                           Judge:     Hon. Eumi K. Lee
20                                         Dept.:     Courtroom 7 – 4th Floor

21

22

23

24

25

26

27

28

1    The Parties in the above-entitled consolidated stockholder derivative action (the "Action")

2    submit this JOINT CASE MANAGEMENT STATEMENT pursuant to the Court's August 20,

3    2024 Order Reassigning Case, the Standing Order for All Judges of the Northern District of

4    California, and Civil Local Rule 16-9.

5    On April 4, 2023, the Court stayed all proceedings and deadlines in this action pending:

6    (1) the dismissal of the putative securities class action captioned *In re Unity Software Inc. Securities*

7    *Litigation*, Case No. 5:22-cv-03962 (the "Securities Litigation"), also before this Court; or (2) the

8    motion to dismiss in the Securities Litigation is denied; or (3) the Parties give a thirty (30) day

9    written notice that they no longer consent to the stay of this action. (ECF No. 28 at 3). None of

10   these conditions has yet been met, and this Action remains stayed.

11   The Court's April 4, 2023 Order requires that the Parties meet and confer and submit a

12   proposed scheduling order within 14 days of the date that the stay is lifted. (ECF No. 28 at 3). In

13   light of the stay that remains in place, the Parties request that no Case Management Conference be

14   scheduled at this time. Once the stay is lifted, the Parties will proceed in accordance with the Court's

15   April 4, 2023 Order.

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:22-CV-07416-EKL

1    Dated:        September 16, 2024        **MORRISON & FOERSTER** LLP

2

3                                          */s/ Christin Hill*
                                           JORDAN ETH (SBN 121617)
4                                          JEth@mofo.com
                                           CHRISTIN HILL (SBN 247522)
5                                          CHill@mofo.com
                                           425 Market Street
6                                          San Francisco, CA  94105-1905
                                           Telephone: 415.268.7000
7                                          Facsimile: 415.268.7522

8                                          *Attorneys for Defendants John S. Riccitiello,*
                                           *Kimberly Jabal, Luis Felipe Visoso, Roelof*
9                                          *Botha, Egon Durban, David Helgason, Alyssa*
                                           *Henry, Barry Schuler, Robynne Sisco, Mary*
10                                         *Schmidt Campbell, and Keisha Smith-Jeremie*
                                           *and Nominal Defendant Unity Software Inc.*
11
     Dated:        September 16, 2024        **THE BROWN LAW FIRM, P.C.**
12

13

14                                          */s/ Timothy Brown*

15                                         Timothy Brown
                                           767 Third Avenue, Suite 2501
16                                         New York, NY 10017
                                           Telephone: 516.922.5427
17                                         Facsimile: 516.344.6204
                                           Email: tbrown@thebrownlawfirm.net
18
                                           **THE ROSEN LAW FIRM, P.A.**
19                                          LAURENCE M. ROSEN (SBN 219683)
                                            355 South Grand Avenue, Suite 2450
20                                          Los Angeles, CA 90071
                                            Telephone: 213.785.2610
21                                          Facsimile: 213.226.4684
                                            Email: lrosen@rosenlegal.com
22

23                                         *Co-Lead Counsel for Plaintiffs*

24

25

26

27

28
                                                2

1

**<u>SIGNATURE ATTESTATION</u>**

2

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories have concurred in the

3

filing of this document.

4

Dated:        September 16, 2024             */s/ Christin Hill*

5                                                           Christin Hill

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:22-CV-07416-EKL