1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  CHRISTIN JOY HILL (CA SBN 247522)
   CHill@mofo.com
3  MICHAEL KOMOROWSKI (CA SBN 323517)
   MKomorowski@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street,
5  San Francisco, California 94105-2482
   Telephone:   415.268.7000
6  Facsimile:   415.268.7522

7  *Attorneys for Defendants John S. Riccitiello, Kimberly Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban,*
8  *David Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary Schmidt Campbell, and Keisha*
9  *Smith-Jeremie and Nominal Defendant Unity Software Inc.*

10 [Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE UNITY SOFTWARE INC. DERIVATIVE LITIGATION | Case No. 5:22-cv-07416-EKL (Consolidated) |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [**~~PROPOSED~~**] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiffs Krishna Movva and Tom Duong ("Plaintiffs") and Defendants John S. Riccitiello, Kimberly Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban, David Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary Schmidt Campbell, and Keisha Smith-Jeremie (the "Individual Defendants") and Nominal Defendant Unity Software Inc. ("Unity" and collectively with the Individual Defendants, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the Order below approving this stipulation:

**WHEREAS**, on November 22, 2022, Plaintiff Krishna Movva filed a shareholder derivative action on behalf of Nominal Defendant Unity in this Court alleging breaches of fiduciary duty, waste of corporate assets, unjust enrichment, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against the Individual Defendants, and claims for contribution for violations of Section 10(b) of the Exchange Act against Defendants Riccitiello, Jabal, and Visoso, captioned *Movva v. Riccitiello, et al.,* Case No. 22-cv-07416 (N.D. Cal.);

**WHEREAS**, on December 16, 2022, Plaintiff Tom Duong filed a shareholder derivative action on behalf of Nominal Defendant Unity in this Court alleging breaches of fiduciary duty and violations of Section 14(a) of the Exchange Act against the Individual Defendants, captioned *Duong v. Riccitiello, et al.,* Case No. 22-cv-08926 (N.D. Cal.);

**WHEREAS**, on February 10, 2023, the Court entered the Stipulation and Order Consolidating Related Actions, Setting a Schedule, Accepting Service, and Appointing Co-Lead Counsel (Dkt. No. 22), resulting in this consolidated action (the "Consolidated Derivative Action");

**WHEREAS**, the Consolidated Derivative Action is related to a putative securities class action captioned *In re Unity Software Inc. Securities Litigation*, Case No. 5:22-cv-03962 (the "Securities Litigation");

**WHEREAS**, on March 12, 2025, the Court granted Defendants' motion to dismiss the second amended complaint in the Securities Litigation and dismissed the second amended complaint with prejudice;

**WHEREAS**, the period for filing a notice of appeal of the Court's order dismissing the Securities Litigation has elapsed, which was 30 days after entry of the judgment on April 14, 2025;

**WHEREAS**, Plaintiffs have consented to a voluntary dismissal of this action.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their authorized attorneys, as follows:

1. The above-captioned action, and all claims asserted in this action are dismissed without prejudice pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a); and

2. Each party is to bear his, her, or its own costs and attorneys' fees.

Dated: June 30, 2025                                          MORRISON & FOERSTER LLP

By: */s/ Christin Hill*
JORDAN ETH (SBN 121617)
JEth@mofo.com
CHRISTIN HILL (SBN 247522)
CHill@mofo.com
MICHAEL KOMOROWSKI (SBN 323517)
MKomorowski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-1905
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants John S. Riccitiello, Kimberly Jabal, Luis Felipe Visoso, Roelof Botha, Egon Durban, David Helgason, Alyssa Henry, Barry Schuler, Robynne Sisco, Mary Schmidt Campbell, and Keisha Smith-Jeremie and Nominal Defendant Unity Software Inc.*

| | | |
|---|---|---|
| 1 | Dated: June 30, 2025 | THE BROWN LAW FIRM, P.C. |

By: */s/ Robert C. Moest*
ROBERT C. MOEST, Of Counsel (SBN 62166)
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

TIMOTHY BROWN
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 1, 2025    By: _____
                      Hon. Eumi K. Lee
                      United States District Judge